# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CATHERINE VELARDO and NELSON VELARDO,**

    **Plaintiffs,**

-vs-    Case No. 6:09-cv-1888-Orl-31KRS

**US BANK NATIONAL ASSOCIATION, et al.,**

    **Defendants.**

_____

# ORDER

This is Plaintiffs' third attempt to seek this Court's intervention in their state court foreclosure proceeding. In her Report and Recommendation dated December 15, 2009 (Doc. 22), the Magistrate Judge recommended that Plaintiffs' application to proceed *in forma pauperis* (Doc. Nos. 3 and 4) be denied and that the Complaint be dismissed for lack of subject matter jurisdiction. In their Response (also captioned as a motion), Plaintiffs seek to avoid application of the *Rooker/Feldman* Doctrine (Doc. 27). Plaintiffs' contentions are without merit and their objection to the Report and Recommendation is overruled. It is, therefore

**ORDERED** that:

 1. The Report and Recommendation of the Magistrate Judge is CONFIRMED and ADOPTED;

 2. The motions for leave to proceed *in forma pauperis* are DENIED;

 3. This case is DISMISSED for lack of subject matter jurisdiction; and

4. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 5, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE